IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LORA ORAVEC,

    Plaintiff,                             JUDGMENT IN A CIVIL CASE

  v.                                     Case No. 13-cv-41-wmc

CAROLYN W. COLVIN,

    Defendant.

    This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Lora Oravec attorney fees and costs in the amount of $8,200.00 under the Equal Access to Justice Act

s/V. Olmo, Deputy Clerk                        5/21/2015
Peter Oppeneer, Clerk of Court                Date